Frank C. Rothrock (SBN: 54452)
frothrock@shb.com
Naoki Kaneko (SBN: 252285)
nkaneko@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

M. Kevin Underhill (SBN: 208211)
kunderhill@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Attorneys for Defendant Hostess Brands, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH J. VANCLEAVE, individually and on behalf of a class of similarly situated individuals,<br><br>             Plaintiff,<br><br>    vs.<br><br>HOSTESS BRANDS, LLC; and DOES 1 through 5,<br><br>             Defendants. | Case No. 1:16-cv-02779-WHO<br><br>Judge: William H. Orrick<br>Ctrm.: 2 – 17th Floor<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>(Filed concurrently with Stipulation and Declaration of Naoki S. Kaneko) |

Having considered the Stipulated Request for Order Continuing Case Management Conference, and supporting documents, submitted by Plaintiff Elizabeth J. VanCleave and Defendant Hostess Brands, LLC, and good cause appearing:

IT IS HEREBY ORDERED as follows:

1. The Case Management Conference is continued from August 23, 2016, to September 27, 2016, at 2:00 p.m.; and

2. The parties shall file the joint case management statement by September 20, 2016.

Dated: July 16, 2016  _____
Hon. William H. Orrick
United States District Court Judge