David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

Attorneys for Plaintiff Elizabeth J. VanCleave, individually and on behalf of classes of similarly situated individuals

(Additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH J. VANCLEAVE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HOSTESS BRANDS, LLC; and DOES 1 through 5,<br><br>Defendant. | Case No. 3:16-cv-02779-WHO<br><br>Judge: William H. Orrick<br><br>**ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>**[Filed concurrently with Stipulation and Decl. of David C. Parisi]** |

Having considered the Stipulated Request To Extend Briefing Schedule On Defendant's Motion To Dismiss, and supporting documents, submitted by Plaintiff Elizabeth J. VanCleave and Defendant Hostess Brands, LLC, and good cause appearing:

**Order**

-2-

1  IT IS HEREBY ORDERED as follows:

2  The briefing schedule on the Motion to Dismiss shall be extended to the following:

3      Last day to file Response to Motion to Dismiss:    August 10, 2016

4      Last day to file Reply in Support of Motion to Dismiss:    August 24, 2016

Dated: July 25, 2016

_____
Hon. William H. Orrick
United States District Court Judge

**Order**